**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**<u>CIVIL MINUTES – GENERAL</u>**

Case No. 2:25-cv-04091-VBF-KES                                    Date:  June 25, 2026

Title: SAMER MASHER v. COUNTY OF LOS ANGELES, et al.

PRESENT:

<u>THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE</u>

|  <u>Jazmin Dorado</u>  |  <u>Not Present</u>  |
|:---:|:---:|
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**          **Order to Show Cause ("OSC") Why Case Should Not Be Dismissed**


    Plaintiff Samer Masher ("Plaintiff") filed this civil rights action more than one year ago in May 2025.  (Dkt. 1.)  In March 2026, the Court granted multiple motions to dismiss and ordered Plaintiff to file a Third Amended Complaint ("TAC") by April 24, 2026.  (Dkt. 117.)  Plaintiff requested a 90-day extension of that deadline.  (Dkt. 119.)  The Court denied that request but granted Plaintiff a 60-day extension, such that the TAC was due by June 24, 2026.  (Dkt. 121.)

    Plaintiff failed to file a TAC by June 24, 2026.

    Back in July 2025, the Court informed Plaintiff of the ways to file documents as a self-represented litigant.  (Dkt. 11.)  The Court warned that if Plaintiff intended to mail documents, he needed to "do so far enough in advance to make sure that the Court receives them on or before the filing deadline. A document post-marked by the filing deadline but not received by the Court until after the filing deadline is late."  (Id. at 2.)

    Plaintiff is ordered to show cause in writing **by July 1, 2026**, why this case should not be dismissed due to his failure to comply with the Court's orders and file a timely TAC.  Even if he files a TAC after this OSC, he must still respond to this OSC and explain why, despite reasonable diligence, he was unable to file a timely TAC despite having four months between March 2026 and June 2026 to do so.  Alternatively, Plaintiff may discharge the OSC by voluntarily dismissing this entire action.

                                                                        Initials of Deputy Clerk <u>jd</u>